COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON
ORDER ON MOTION FOR EN BANC RECONSIDERATION

Case number:  01-12-00393-CV

Style:  *Memorial Hermann Surgery Center Texas Medical Center, L.L.P. v. Lester Smith & Patricia Nelson-Smith*

Date motion filed:  January 13, 2013

Party filing motion:  Appellees

Tthe Court having voted against rehearing en banc, it is **ordered** that the motion for rehearing en banc is **denied**.

Judge's signature:  /s/ Jane Bland
 Acting for the Court

Before:  Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, and Huddle.  Justice Sharp not participating.

Date:  April 8, 2013